UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Z.B. and J.B., individually and on behalf of A.B., a minor,

Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

26-CV-6896 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Complaint in this case was filed on August 12, 2026. *See* Dkt. 1. Under Federal Rule of Civil Procedure 4(m), a complaint must be served within 90 days of the commencement of the action. Fed. R. Civ. P. 4(m). To date, no proof of service has been filed on the docket. Accordingly, it is hereby:

ORDERED that, no later than November 23, 2026, Plaintiffs submit a letter indicating why the Court should not dismiss the action without prejudice, consistent with Rule 4(m).

IT IS FURTHER ORDERED that if the Court does not receive a letter by November 23, 2026, the case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: November 16, 2026
New York, New York

Hon. Ronnie Abrams
United States District Judge